JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
PROGRESSIVE NORTHWESTERN INSURANCE a/s/o Horton Brothers of Delaware, Inc & Jackie L. Lucas, Jr

**DEFENDANTS**
RONALD F. ANNONE, NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, & NORFOLK SOUTHERN CORPORATION

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Roger D. Landon  (302) 472-8100
1011 Centre Rd, Ste 210
Wilmington DE 19805

Attorneys (If Known)
Jessica E. Gensler Lippy  (302) 798-2779
501 Silverside Rd, Ste 94
Wilmington DE 19809

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☒ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment / **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition |  |  |  |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1441  28 U.S.C. 1331

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
$807.32  CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

With Auto vs. Train Collision

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE 10/19/05
SIGNATURE OF ATTORNEY OF RECORD  Jessica E. Gensler Lippy

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN INSURANCE, A/S/O HORTON BROTHERS OF DELAWARE, INC AND JACKIE L. LUCAS, JR.<br>Plaintiffs<br>vs.<br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, RONALD F. ANNONE, AND NORFOLK SOUTHERN CORPORATION<br>Defendants | CIVIL ACTION<br><br>NO.<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:**

The Petitioner, Defendant, National Railroad Passenger Corporation (hereinafter "Amtrak"), by and through its attorneys, Gallagher, Rowan & Egbert, P.C., respectfully avers the following:

1.   On September 28, 2005, this action was commenced against the Defendants in the Court of Common Pleas in the County of New Castle, Delaware, upon the filing of a Praecipe for Summons and Complaint. This case is known as **Progressive Northwestern Insurance, a/s/o Horton Brothers of Delaware, Inc and Jackie L. Lucas, Jr. Vs. National Railroad Passenger Corporation A/k/a Amtrak, Ronald F. Annone, and Norfolk Southern Corporation**, C.A. No. 2005-

09-462. The Complaint is attached hereto and made part hereof as Exhibit A.

Amtrak received service of the Plaintiff's Complaint on or about October [...] 00[...]

Defendant Amtrak is a corporation created by Act of Congress codified 49 U.S.C. 2430 et seq.

4. The Federal Government owns and during all relevant times hereto more than one-half of the capital stock of the Defendant Amtrak.

The above-described action is a Civil Action which this Honorable Court has federal question jurisdiction under 28 U.S.C. 1331 in that Defendant Amtrak was created by Act of Congress where the United States is the owner of more than one-half of its capital stock. Eichelberg v. National Railroad Passenger Corp., 57 F.3d 7[...] (3d Cir. 1995); Foster v. National Fire, Marine & Inland Ins. Co., 86 F.3d 4[...] (3d Cir. 1993); Capocy v. Kirtadze, et al., 1997 WL 1[...]296 (N.D. [...] 1997); Gibson v. National R.R. Corp., 7[...] F.R.D. 408 (E.D. Pa. 1[...]7); Landman v. Borough of Bristol, 896 F. Supp. 406, 407-408 (E.D. Pa. 1995); Wormley v. Southern Pacific Transp. Co., 86[...] F. Supp. 82 (D.D.T. 1994); Estate of Wright v. Illinois Cent. R. Co., 83[...] F. Supp. [...]74 (D. Miss. 1993); Boone v. National Railroad Passenger Corporation, 1993 W.L. 93946 (E.D. Pa. 1993); Ritter v. Consolidated Rail Corporation, 1993 WL [...]1[...]1 (E.D. Pa. 199[...]); Marcus v. Northeast Commuter Services Corp., 1992 WL 96[...]7 (E.D. Pa. 1992); McManus v. Glassman's Wynnefield, Inc., 7[...]0 F. Supp. 104[...] (E.D. Pa. [...]89); In re: Rail Collision Near Chase, Maryland, on January 4, 1987; Harvey v. National Railroad

Passenger Corporation, et al., 680 F.Supp. 728 (D.Ct. Md. 1987); See also, Nero v. Amtrak, 714 F.Supp. 753, 754 (E.D. Pa. 1989); Rivera v. City of Bethlehem, E.D. Pa. No. 92-3292, Memorandum Opinion and Order, July 20, 1992; Zawacki v. Penpac, Inc., 745 F.Supp. 1044 (M.D. Pa. 1990).

6. The above-described action is one which may be removed to this Honorable Court by Amtrak pursuant to the provisions of 28 U.S.C. §1441 et seq in that this action has been brought in a state court, and a District Court of the United States has original jurisdiction under 28 U.S.C. §1331

7. This Notice is filed with this Court within the time for removal set forth in 28 U.S.C. §1446(b), and as set forth in Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 119 S.Ct. 1322 (1999), inasmuch as the thirty (30) day period for removal, which runs from Amtrak's receipt of the Complaint, has not expired

8. Defendant, National Railroad Passenger Corporation a/k/a Amtrak owns, possesses, controls, maintains and/or is responsible for the train involved in the accident as alleged in plaintiff's complaint.

9. Plaintiff Insurance Company as subrogee of Horton Brothers suffered monetary damages when the Horton Brothers vehicle collided with the Amtrak train in or around Newark, Delaware on October 13, 2003.

10. Written notice of the filing of this Notice will be given to the adverse parties as required by 28 U.S.C. §1446(d).

11 A true and correct copy of the Notice will be filed with the Prothonotary of the Court of Common Pleas of New Castle County, Delaware, as provided by 28

U.S.C. §1446(d).

12. Pursuant to U.S.C. §1446(a), there is found herewith and by reference made a part hereof a true and correct copy of all process, pleadings and orders served upon the noticing party in this action.

WHEREFORE, Defendant, Amtrak, hereby prays that it may affect the removal of this action from the Court of Common Pleas, County of New Castle, Delaware to the United States District Court for the District of Delaware.

> GALLAGHER, ROWAN & EGBERT P.C.
>
> BY: _____
> JESSICA E. GENSLER LIPPY, ESQUIRE
> Attorney I.D. No. 4426
> Silverside Carr Executive Center
> 501 Silverside Road, Suite 94
> Wilmington, DE 19809
> (302) 798-2779
> Attorney for Defendants
> National Railroad Passenger Corporation a/k/a Amtrak, Ronald F. Annone, and Norfolk Southern Corporation

Date: 10/19/05

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANITA SMITH, et al | CIVIL ACTION |
| Plaintiffs | |
| v. | |
| | NO. |
| AMTRAK and NATIONAL RAILROAD PASSENGER CORPORATION | |
| | JURY TRIAL DEMANDED |
| Defendants | 12 JURORS REQUESTED |

## CERTIFICATE OF SERVICE

I, Jessica E. Gensler Lippy, Esquire, attorney for National Railroad Passenger Corporation a/k/a Amtrak, Ronald F. Annone, and Norfolk Southern Corporation , hereby certify that a true and correct copy of the Notice of Removal, was served via first class mail, postage prepaid to:

Roger D. Landon
1011 Centre Road
Suite 210
Wilmington, DE 19805

GALLAGHER, ROWAN & EGBERT P.C.

BY: /s/ Jessica E. Gensler Lippy
JESSICA E. GENSLER LIPPY, ESQUIRE
Attorney I.D. No. 4426
Silverside Carr Executive Center
501 Silverside Road, Suite 94
Wilmington, DE 19809
(302) 798-2779
Attorney for Defendants
National Railroad Passenger Corporation a/k/a Amtrak, Ronald F. Annone, and Norfolk Southern Corporation

Date: 10/19/05

| | |
|---|---|
| GALLAGHER, ROWAN & EGBERT, P.C.<br>By: Jessica E. Gensler Lippy, Esquire<br>Attorney I.D. No. 4426<br>Silverside Carr Executive Center<br>501 Silverside Road, Suite 94<br>Wilmington, DE 19809<br>(302) 798-2779<br>File No. 105.014 | Attorney for Defendants, National<br>Railroad Passenger Corporation<br>a/k/a Amtrak, Ronald F. Annone,<br>and Norfolk Southern Corporation |

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN<br>INSURANCE, A/S/O HORTON<br>BROTHERS OF DELAWARE, INC AND<br>JACKIE L. LUCAS, JR.<br><br>    Plaintiffs<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION A/K/A AMTRAK,<br>RONALD F. ANNONE, AND NORFOLK<br>SOUTHERN CORPORATION<br>    Defendants | COURT OF COMMON PLEAS<br>STATE OF DELAWARE<br>NEW CASTLE COUNTY<br><br>C.A. No. 2005-09-462<br>Arbitration Case |

### PRAECIPE TO FILE NOTICE OF REMOVAL

**TO THE PROTHONOTARY OF THE COURT OF COMMON PLEAS
OF DELAWARE IN AND FOR NEW CASTLE COUNTY:**

   Kindly file the within certified copy of the Notice of Removal filed earlier with the Clerk of the United States District Court for the District of Delaware.

BY: _____
JESSICA E. GENSLER LIPPY, ESQUIRE
Attorney for Defendants
National Railroad Passenger Corporation a/k/a
Amtrak, Ronald F. Annone, and Norfolk
Southern Corporation

Date:

# CIVIL CASE INFORMATION STATEMENT (CIS)
## COURT OF COMMON PLEAS

COUNTY: (N)  S

CIVIL ACTION NUMBER: 2005 - 09 - 462

Civil Case Type: ARBC

(SEE REVERSE SIDE FOR TYPE)

| | |
|---|---|
| **Caption:** Progressive Northwestern Ins a/s/o Horton Bros. of DE, Inc + Jackie L. Lucas, Jr. v. Ronald F. Annone et al. | **Name and Status of Party filing document:** Plaintiff  **Document Type:** (E.G.; Complaint; Answer with counterclaim) Complaint  Non-Arbitration ____ (Certificate of Value may be required)  Arbitration ✓  Mediation ____ Neutral Assessment ____  Defendant (Circle One) **ACCEPT   REJECT**  JURY DEMAND   YES ____ NO ____  If Yes – please attach $175.00 filing fee for Prothonotary. |
| **Attorney Name(s):** | **Identify any related cases no pending by Caption and Civil Action Number:** |
| **Attorney ID(s):** Roger D. Landon, Esquire (ID No. 2460)  **Firm Name:** Murphy Spadaro & Landon  **Address:** 1011 Centre Road, Suite 210  Wilmington, DE 19805  Telephone: (302) 472-8112  Facsimile: (302) 225-3673  E-mail: RLandon@msllaw.com | **Explain the Relationship(s):** |
| **Telephone Number:** | **Other Unusual Issues that Affect Case Management:** Marvin D. Smith  OCT 07 2005  Director-Litigation |
| **Fax Number:** | |
| **E-Mail Address:** | (If additional space is needed, please attach page) |

THE CLERK WILL NOT PROCESS THE COMPLAINT, ANSWER, OR FIRST RESPONSIVE PLEADING IN THIS MATTER FOR SERVICE UNTIL THE CASE INFORMATION STATEMENT (CIS) IS FILED. THE FAILURE TO FILE THE CIS AND HAVE THE PLEADING PROCESSED FOR SERVICE MAY RESULT IN THE DISMISSAL OF THE COMPLAINT OR MAY RESULT IN THE ANSWER OR FIRST RESPONSIVE PLEADING BEING STRICKEN.

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN INSURANCE<br>a/s/o Horton Brothers of Delaware, Inc.<br>and Jackie L. Lucas, Jr., <br><br>      Plaintiff,<br><br>v.<br><br>RONALD F. ANNONE, NATIONAL RAILROAD<br>PASSENGER CORPORATION A/K/A AMTRAK,<br>and NORFOLK SOUTHERN CORPORATION,<br><br>      Defendants. | 2005 - 09 - 4 6 2<br><br>C.A. No.<br><br>Arbitration Case |

**PRAECIPE FOR SUMMONS**
(New Castle County)

TO THE CLERK OF THE COURT:

    **PLEASE ISSUE WRIT** commanding Special Process Server Michael T. O'Rourke of O'Rourke Investigative Associates, Inc. to summon defendant Ronald F. Annone by serving Summons and Complaint upon him at 3 Brookside Place, Wilmington, Delaware 19809 (302.798.1359).

                                        MURPHY SPADARO & LANDON

                                        ROGER D. LANDON
                                        1011 Centre Road, Suite 210
                                        Wilmington, DE 19805
                                        302.472.8100
                                        Attorney for Plaintiff

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

PROGRESSIVE NORTHWESTERN INSURANCE |
a/s/o Horton Brothers of Delaware, Inc.
and Jackie L. Lucas, Jr.,                                                   |

        Plaintiff,                                    C.A. No. 2005-09-462

v.                                                                                              Arbitration Case
                                                                                     |
RONALD F. ANNONE, NATIONAL RAILROAD
PASSENGER CORPORATION A/K/A AMTRAK,
and NORFOLK SOUTHERN CORPORATION,   |

        Defendants.

**TO S.P.S. MICHAEL T. O'ROURKE, O'ROURKE INVESTIGATIVE ASSOCIATES:**

**YOU ARE COMMANDED:**

To summon defendant Ronald F. Annone by serving Summons and Complaint upon him at 3 Brookside Place, Wilmington, Delaware 19809 (302.798.1359)

**TO THE ABOVE NAMED DEFENDANT(S):**

    Within twenty (20) days after you receive this Summons, excluding the day you receive it, you must file an Answer to the attached Complaint if you want to deny the allegations. The original of your Answer must be filed with the Clerk's Office of the Court of Common Pleas, Court House, 500 King Street, Wilmington, DE 19801 and must include proof that a copy of the Answer was served on the plaintiff's attorney who is named on the bottom of this Summons and the Complaint.

    Failure to file an Answer denying the allegations will result in a judgment against you and action may be taken by the plaintiff or his attorney to satisfy the judgment.

DATED:                                                  _____
                                                                   Clerk

<u>Plaintiff's attorney</u>
Roger D. Landon, Esquire
Murphy Spadaro & Landon
1011 Centre Road, Suite 210
Wilmington, DE 19805
302.472.8100

40002.1

IN THE COURT OF COMMON PLEAS FOR THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

PROGRESSIVE NORTHWESTERN INSURANCE
a/s/o Horton Brothers of Delaware, Inc.
and Jackie L. Lucas, Jr.,

        Plaintiff,

v.

RONALD F. ANNONE, NATIONAL RAILROAD
PASSENGER CORPORATION A/K/A AMTRAK,
and NORFOLK SOUTHERN CORPORATION,

        Defendants.

C.A. No.

Arbitration Case

## COMPLAINT

1. Progressive's right of subrogation in this matter arises from a contract of automobile insurance between it and Horton Brothers of Delaware, Inc. (hereinafter "Horton Brothers").

2. Upon information and belief, defendant Ronald F. Annone is a competent adult resident of the State of Delaware.

3. Defendant National Railroad Passenger Corporation (hereinafter "Amtrak") is a passenger railroad owning the registered service mark "Amtrak", with headquarters at 60 Massachusetts Avenue, NE, Washington, DC 2002 and operating a principal place of business at 1400 Vandever Avenue, Wilmington, Delaware.

4. Defendant Norfolk Southern Corporation (hereinafter "Norfolk Southern") is a corporation of the State of Virginia that owns and operates freight railways and tracks in many states, including the State of Delaware, with headquarters at Three Commercial Plaza, Norfolk, Virginia 23510-2191.

5. On October 13, 2003 Jackie L. Lucas, Jr. was operating Horton Brothers' 2000

40002.1

International truck westbound on Old Baltimore Pike (County Road 26) near the City of Newark, Delaware.

6. At the same time, defendant Annone was operating a 1966 EMD GP40 Amtrak engine, towing a train of passenger railcars, southbound on Norfolk Southern's Track No. FK2.89 approaching the rail crossing with Old Baltimore Pike.

7. Mr. Lucas stopped at the rail crossing, and neither seeing nor hearing any type of signal or warning from either the train or the overhead warning lights or bells that the train was approaching, began proceeding across.

8. The train proceeded across the rail crossing just ahead of the path of travel of the truck operated by Mr. Lucas.

9. Mr. Lucas was unable to stop the truck in time to avoid colliding with the left side of the train.

10. As a result of the collision, Mr. Lucas was injured and Horton Brothers' truck was destroyed.

11. The collision and all damage therefrom was proximately caused by the negligence of defendant Annone, specifically that he:

    a) failed to maintain a proper, constant visual lookout;

    b) failed to maintain the train under proper control;

    c) failed to yield the right-of-way;

    d) operated the train a careless and/or imprudent manner;

    e) operated the train in a reckless manner;

    f) operated the train in an inattentive manner;

    g) operated the train at a speed greater than was prudent under the conditions

        then-existing;

h)    failed to give proper audible warning when approaching the public highway crossing, in violation of 17 **DEL.C.** § 701(a);

i)    operated the train at speeds exceeding those permitted by law, including 49 **CFR** § 231.9; and,

j)    was otherwise negligent *per se* and/or in common law as may be learned through further investigation and discovery.

12.    Amtrak is vicariously liable to Plaintiff for any damages proximately caused by the negligence of defendant Annone, pursuant to the doctrine of *respondeat superior*.

13.    The collision and all damage therefrom was proximately caused by the negligence of defendant Norfolk Southern, whose employees and/or non-employee agents knew, or through the exercise of due care should have know, that the overhead warning lights and warning bells were malfunctioning or were otherwise inadequate to warn approaching automobile traffic of the train's approach.

14.    As a result of the defendants' negligence, Progressive became legally obligated to provide Property Damage benefits to Horton Brothers totaling $26,807.32 and Personal Injury Protection benefits to Mr. Lucas totaling $15,000.

**WHEREFORE**, plaintiff Progressive Northwestern Insurance Company prays judgment be entered in its favor and against defendants Ronald F. Annone, National Railroad Passenger Corporation a/k/a Amtrak, and Norfolk Southern Corporation, jointly and severally, in the amount of $41,807.32 plus pre-judgment and post-judgment interest at the legal rate and all costs.

MURPHY SPADARO & LANDON

/s/ Roger D. Landon

ROGER D. LANDON
1011 Centre Road, Suite 210
Wilmington, DE 19805
302.472.8100
Attorney for Plaintiff

40002.1