CASE NO. _90000-JJF_
DRAFT NO. _901739_

## GENERAL RELEASE
(This is not a Receipt for Wages)

KNOW ALL MEN BY THESE PRESENTS, THAT WE, _Rhonda Lucas and Jackie L. Lucas, JR._, of _1004 S. Gerald DR, Newark, DE 19713_ intending to be legally bound for the sole consideration of _Twenty Five Thousand_ ——— ⁹⁰⁄₁₀₀ — ($_25,000_) — DOLLARS received to OUR full satisfaction from NATIONAL RAILROAD PASSENGER CORPORATION, and without any other agreement, promise or representation, written or oral, we do hereby release and forever discharge the said NATIONAL RAILROAD PASSENGER CORPORATION and all other parties, associations and corporations jointly or severally liable, from all claims, demands, actions and causes of action of every kind whatsoever and including, but without limitation of the foregoing, all liability for damages, costs, expenses and compensation of any kind, nature or description now existing or which may hereafter arise from or out of injuries and damages, known or unknown, permanent or otherwise, sustained or received by ME, _Jackie L. Lucas, JR._, at or near _Newark, DE_, on or about _October 13, 2003_.

By executing this Release, it is our intention to enter into a final agreement with Releasees and to ensure that Releasees have no further obligations to us for any payments whatsoever for anything arising out of or in any way related to the aforesaid incident or any of the injuries, damages and losses we sustained. To this end, we agree to release, and to indemnify, defend, and save harmless Releasees of and from any and all claims, demands and causes of action (including of and from any legal costs and expenses, as well as all consequential damages), related to any bills, costs, charges, expenses, liens or other sums claimed to be owed or in any way related to any and all medical and health care and services rendered on account of our Injuries, damages and losses, including, but not limited to, any liens, medical or health care provider, insurer, government authority or agency, public or private social welfare agency, or any other person, firm, association, corporation or entity.

(A) _I have Carefully read and fully understand the above general release and Affirm that it is true and Correct. (J.L.L)_
_I have Carefully read and fully understand the above general release and affirm that it is true and Correct_

IT IS UNDERSTOOD AND AGREED THAT THIS IS A FULL AND FINAL RELEASE AND THAT PAYMENT OF THE ABOVE-STATED CONSIDERATION IS NOT AN ADMISSION OF LIABILITY.

(B) IN WITNESS WHEREOF, we have hereunto set OUR HANDS and SEALS this _24th_ day of _March_, 2004.

(C) _Jackie Lee Lucas Jr._ (SEAL)
_Rhonda Lucas_ (SEAL)

(D) This release was read and signed by the said _Jackie L. Lucas, Jr. and Rhonda Lucas_, who said that they understood it to be a complete and final release, in my presence at _Newark, DE_ on the _24th_ day of _March_, 2004.

(E) 1. _William Johnson_
    2. _____