MURPHY SPADARO & LANDON
Attorneys
1011 Centre Road, Suite 210
Wilmington, DE 19805
Phone (302) 472-8100
Fax (302) 225-3673

ROGER D. LANDON
DIRECT DIAL: (302) 472-8112

November 9, 2005

**VIA E-FILE**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Progressive a/s/o Horton Bros. Of DE, Inc. v. Ronald Annone & Amtrak*
       United States District Court, District of Delaware, C.A. No. 05-736 JLF
       **MS&L File No. 05-0110**

Dear Judge Farnan:

In accordance with Your Honor's letter of November 7, 2005, the parties have conferred with respect to a Proposed Pre-Trial Scheduling Order and submit the attached proposed Order for the Court's consideration.

Very truly yours,

*/s/ Roger D. Landon*

Roger D. Landon

RDL/dmw
Enclosure
Cc:    Clerk of the Court
       Jennifer E. Gensler Lippy, Esq.

00125682