AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

05-736 (JJF)

Civil Action No. _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

# *NOTICE OF AVAILABILITY OF A*
# *UNITED STATES MAGISTRATE JUDGE*
# *TO EXERCISE JURISDICTION*

FILED
NOV 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

__10-20-05__                    __[signature]__
(Date forms issued)              (Signature of Party or their Representative)

Jessica E Lippy — counsel for
(Printed name of Party or their Representative)
R. Annone, National RR Passenger Corp/
Amtrak & Norfolk Southern

Note: Completed receipt will be filed in the Civil Action