AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____Delaware_____

PLAINTIFF
PROGRESSIVE NORTHWESTERN INSURANCE, A/S/O HORTON BROTHERS OF DELAWARE, INC AND JACKIE L. LUCAS, JR

V. DEFENDANT AND THIRD PARTY PLAINTIFF
NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, RONALD F. ANNONE, AND NORFOLK SOUTHERN CORPORATION

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 1:05-cv-736

V. THIRD PARTY DEFENDANT
RHONDA LUCAS AND JACKIE L. LUCAS, JR.

To: Name and address of Third Party Defendant
JACKIE L. LUCAS, JR
1004 S. GERALD DRIVE
NEWARK, DE 19713

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)
ROGER D. LANDON, ESQUIRE
1011 CENTRE ROAD
SUITE 210
WILMINGTON, DE 19805

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)
JESSICA E. GENSLER-LIPPY, ESQUIRE
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DE 19809

an answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    NOV 16 2005

CLERK                                              DATE
_Guielle Watson_
(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

AO 440  (Rev. 8/01)   Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>12/10/2005 @ 2:50 p.m. |
| NAME OF SERVER (PRINT)<br>David W. Phillips | TITLE<br>Special Process Server |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant by serving **Rhonda Lucas, wife, 1004 South Gerald Drive, Newark, DE 19713**

**35, F, W, 5'7", 155 pounds, blonde hair, no glasses**

[ ] Left copies thereof at the defendant's house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were

[ ] Returned unexecuted:

[ ] Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United State of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/13/2005
         Date

David W. Phillips

O'ROURKE INVESTIGATIVE ASSOCIATES, INC.
1225 King Street, Suite 400
P. O. Box 368
Wilmington, DE  19899-0368

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure