105.014

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN INSURANCE, A/S/O HORTON BROTHERS OF DELAWARE, INC AND JACKIE L. LUCAS, JR.<br>                         Plaintiffs<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, RONALD F. ANNONE, AND NORFOLK SOUTHERN CORPORATION<br>    Defendants/Third Party Plaintiffs<br><br>vs.<br><br>RHONDA LUCAS AND JACKIE L. LUCAS, JR.<br>        Third Party Defendants | CIVIL ACTION<br><br>NO. 1:05-cv-736 |

### VOLUNTARY STIPULATION OF DISMISSAL
### AS TO THIRD-PARTY DEFENDANTS

The Third-Party Defendants, Rhonda Lucas and Jackie L. Lucas, Jr., having been served but not having answered or otherwise moved with regard to this action, Defendants/Third-Party Plaintiffs, National Railroad Passenger Corporation a/k/a Amtrak, Ronald F. Annone, and Norfolk Southern Corporation

hereby give Notice of the Dismissal of this suit, with prejudice and without costs, as to Third-Party Defendants, Rhonda Lucas and Jackie L. Lucas, Jr., pursuant to F.R.C.P. 41(c).

GALLAGHER, ROWAN & EGBERT P.C.

BY: _____
JESSICA E. GENSLER LIPPY, ESQUIRE
Attorney I.D. No. 4426
Silverside Carr Executive Center
501 Silverside Road, Suite 94
Wilmington, DE 19809
(302) 798-2779
Attorney for Defendants/Third-Party Plaintiffs,
National Railroad Passenger Corporation a/k/a
Amtrak, Ronald F. Annone, and
Norfolk Southern Corporation

Dated: January 19, 2006