105.014

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN INSURANCE, A/S/O HORTON BROTHERS OF DELAWARE, INC AND JACKIE L. LUCAS, JR.<br>　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, RONALD F. ANNONE, AND NORFOLK SOUTHERN CORPORATION<br>　　Defendants/Third Party Plaintiffs<br><br>vs.<br><br>RHONDA LUCAS AND JACKIE L. LUCAS, JR.<br>　　　　Third Party Defendants | CIVIL ACTION<br><br>NO. 1:05-cv-736 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

This matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party and with prejudice.

MURPHY SPADARO & LANDON

BY: _____
Roger D. Landon, Esquire
Attorney I.D. No.
1011 Centre Road
Suite 210
Wilmington, DE  19805
(302) 472-8100
Attorney for Plaintiffs

GALLAGHER, ROWAN & EGBERT P.C.

BY: _____
Jessica E. Gensler Lippy, Esquire
Attorney I.D. No. 4426
Silverside Carr Executive Center
501 Silverside Road, Suite 94
Wilmington, DE 19809
(302) 798-2779
Attorney for Defendants/Third-Party Plaintiffs, National Railroad Passenger Corporation a/k/a Amtrak, Ronald F. Annone, and Norfolk Southern Corporation

Dated: 2/27/06